## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: Upset Tax Sale of Lehigh : 
County Tax Claim Bureau of :
Properties Held on :
September 15, 2021 :
  : No. 1442 C.D. 2021
Appeal of: Ronald L. Clever :

**PER CURIAM**                    **O R D E R**

NOW, September 26, 2023, having considered Appellant's application for reargument, the application is DENIED.